PHILPOTT v. KERNS

No. 10 PC.

Case below: 18 N.C. App. 663.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1973.

SIMS v. TRAILER SALES CORP.

No. 9 PC.

Case below: 18 N.C. App. 726.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

SMITH v. KILBURN

No. 105 PC.

Case below: 18 N.C. App. 204.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. BAILEY

No. 114 PC and No. 40.

Case below: 18 N.C. App. 313.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 August 1973.

STATE v. BRANDON

No. 136 PC and No. 50.

Case below: 18 N.C. App. 483.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 August 1973.